IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON M. BRUNO, ) | |
| ) | |
| Plaintiff, ) | 8:08CV323 |
| ) | |
| v. ) | |
| ) | |
| ACCOUNT CONTROL TECHNOLOGY, ) | ORDER OF DISMISSAL |
| INC., and WACHOVIA EDUCATION ) | |
| FINANCE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Stipulation for Dismissal, filing 16,

IT IS ORDERED that this case is dismissed with prejudice with each side to pay his or its own costs and attorney fees.

Dated January 5, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge